UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY PATRICIA HAAS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 12-cv-05594 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation and this matter is

           **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

    (2)    The Clerk is directed to enter **JUDGMENT** for defendant and the case should be

           closed, and

1    (3)    The Clerk is directed to send copies of this Order to counsel of record.

2    Dated this 6th day of September, 2013.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2